UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 8:21cr313 CEH-AAS |
| | ) | |
| v. | ) | |
| | ) | |
| BLADIMIR MORENO, | ) | |
| EFRAIN CABRERA RODAS, | ) | |
| CHRISTINA GAMEZ, | ) | |
| ALEXANDER VILLATORO MORENO | ) | |
| a/k/a "QUICHI," and | ) | |
| GUADALUPE MENDES MENDOZA | ) | |

## NOTICE OF APPEARANCE

The undersigned Trial Attorney of the Civil Rights Division of the United States Department of Justice files this Notice of Appearance on behalf of the United States of America, in the above-captioned case.

Respectfully submitted,

KARIN HOPPMANN
ACTING UNITED STATES ATTORNEY

KRISTEN M. CLARKE
ASSISTANT ATTORNEY GENERAL

**s/ Maryam Zhuravitsky**
Trial Attorney
Maryland Bar Number 1312190348
Criminal Section, Civil Rights Division
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, District of Columbia 20530
Phone: (202) 532-3592
E-mail: maryam.zhuravitsky@usdoj.gov