UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
    Plaintiff,
Vs.

CASE #: 8:21-cr-00313-CEH-AAS-1

**BLADIMIR MORENO,**

    **Defendant,**
_____/

## NOTICE OF APPEARANCE

**COMES NOW**, undersigned counsel, on behalf of the Defendant, **BLADIMIR MORENO,** and files his Notice of Appearance as counsel of record. The Clerk of the Court and all parties of record are hereby notified that I appear for the Defendant indicated in the entitled action. Undersigned counsel requests that all notices, documents, pleadings, forms, motions, and all other matters pertaining to this case be sent to the physical and email address set forth below.

Respectfully submitted,

/s/ Anthony Suarez
Anthony Suarez, Esq.
Attorney for **Defendant**
SUAREZ LAW GROUP, P.A.
517 West Colonial Drive
Orlando, FL 32804
Florida Bar No.: 0922031
Tel.:407-841-7373 | Fax: 407-841-7181
ncostas@suarezcti.com
suarez@suarezcti.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on October 15, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

/s/ **Anthony Suarez**
Anthony Suarez, Esq.